IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN FRALISH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONCORD AUTO PROTECT, INC.; ALON SALMAN; and DOES 1-10,<br><br>    Defendants. | Case No.: 3:21-cv-00937-RLM-MGG<br><br>**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

Now comes the Plaintiff, JOHN FRALISH ("Plaintiff"), by and through his attorneys, and respectfully requests this Honorable Court enter a default judgment against Defendants, CONCORD AUTO PROTECT, INC. ("Concord") and ALON SALMAN ("Salman") (collectively, "Defendants"), pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.*, for Defendants' failure to defend themselves in this action after Concord was served with the Summons and Complaint and Salman was served with the Summons and First Amended Complaint. In support thereof, Plaintiff refers the Court to the attached Brief in Support of this Motion and Declaration of Plaintiff.

WHEREFORE, Plaintiff, JOHN FRALISH, by and through his attorneys, prays for a judgment against Defendants, CONCORD AUTO PROTECT, INC. and ALON SALMAN, as follows:

    a.    TCPA statutory damages for Defendants' violations of 47 U.S.C. § 227(b): $94,500.00 (63 total unsolicited ATDS and/or artificial or prerecorded voice telemarketing calls and text messages, at $1,500.00 per call);

b.  TCPA statutory damages for Defendants' National Do-Not-Call Registry violations of 47 U.S.C. § 227(c):  $94,500.00 (63 total unsolicited telemarketing calls and text messages to Plaintiff's number registered on the National Do-Not-Call Registry, at $1,500 per call);

c.  TCPA statutory damages for Defendants' Internal Do-Not-Call Registry violations of 47 U.S.C. § 227(c):  $73,500.00 (49 total unsolicited telemarketing calls and text messages to Plaintiff's number after Defendants' receipt of Plaintiff's letter, at $1,500 per call);

d.  Total judgment sought against Defendants CONCORD AUTO PROTECT, INC. and ALON SALMAN: $262,500.00 for Defendants' violations of the TCPA, plus pre-judgment and post-judgment interest, costs, and such further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED,

JOHN FRALISH

By:  /s/ David B. Levin
Attorney for Plaintiff
Law Offices of Todd M. Friedman, P.C.
707 Skokie Blvd., Suite 600
Northbrook, IL 60062
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 12, 2023, a copy of the foregoing Motion for Default Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

I hereby certify that, on January 12, 2023, a copy of the foregoing Motion for Default Judgment was also sent via email to the following:

> Adam S. Katz
> Goldberg Segalla
> 711 3rd Ave.
> Suite 1900
> New York, NY 10017
> akatz@goldbergsegalla.com

I hereby certify that, on January 12, 2023, a copy of the foregoing Motion for Default Judgment was also sent via First-Class U.S. Mail to the following:

> Concord Auto Protect, Inc.
> c/o Alon Salman
> 1150 1st Ave.
> Suite 501
> King of Prussia, PA 19406
>
> Alon Salman
> 1227 Avenue T
> Brooklyn, NY 11229-2742

/s/ David B. Levin
Attorney for Plaintiff

3