UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN FRALISH, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs<br>     v.<br><br>CONCORD AUTO PROTECT, INC.; ALON SALMAN; and DOES 1-10,<br><br>        Defendants | )<br>)<br>)<br>)<br>) CAUSE NO. 3:21-CV-937 RLM-MGG<br>)<br>)<br>)<br>)<br>) |

ORDER

Defendants, Concord Auto Protect, Inc. and Alon Salman, having failed to plead or otherwise defend in this action, default having been entered, now, upon plaintiff's motion, 47 U.S.C. § 227(c), and upon affidavit, are indebted to the Plaintiff in the sum of Two Hundred Sixty-Two Thousand Five Hundred Dollars ($262,500.00).

The court GRANTS plaintiff's motion [Doc. No. 19] and enters judgment against Concord Auto Protect, Inc. and Alon Salman in the sum of Two Hundred Sixty-Two Thousand Five Hundred Dollars ($262,500.00) plus pre-judgment and post-judgment interest and costs.

SO ORDERED.

ENTERED:   March 15, 2023

                                         /s/ Robert L. Miller, Jr.
                              Judge, United States District Court