AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOHN FRALISH
*individually and on behalf of all others similarly situated*

    Plaintiff

    v.     Civil Action No. 3:21-cv-937

CONCORD AUTO PROTECT, INC.

DOES 1-10

ALON SALMAN

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the Plaintiff, John Fralish recovers from the Defendants, Concord Auto Protect, Inc. and Alon Salman, in the amount of Two Hundred Sixty-Two Thousand Five Hundred Dollars ($262,500.00), plus pre-judgment and post-judgment at the rate of 5.12% per annum, along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff

**X** Other: JUDGMENT IS ENTERED in favor of the Plaintiff, John Fralish and against Defendants, Concord Auto Protect, Inc. and Alon Salman.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Robert L. Miller, Jr. on a Motion for Default Judgment.

DATE: 03/16/2023          CHANDA J. BERTA, ACTING CLERK OF COURT

                                         by     s/J. Barboza
                                               *Signature of Clerk or Deputy Clerk*